■ In the Matter of DAVID MITCHELL, Also Known as HAROLD JONES, Petitioner, v SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, Respondent.—Application for a writ of mandamus dismissed as moot, without costs and without disbursements, and the motion to amend the petition and for an award of costs, disbursements and attorney's fees denied in its entirety. No opinion. Concur—Murphy, P. J., Sullivan, Ross and Rosenberger, JJ.